UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  20-05030 |
| Amnon Yami Isaacs | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

This matter coming to be heard on Justin Storer's motion, this Court orders that Justin Storer is permitted to withdraw from representing Amnon Yami Isaacs in the above-captioned case.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  November 19, 2020

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Bauch & Michaels, LLC
53 W. Jackson, Suite 1115
Chicago, IL 60604